of the United States Air Force Court of Criminal Appeals is affirmed.*   [See also ORDERS GRANTING PETITION FOR REVIEW this date.]

No. 14–0003/AF.   U.S. v. Allen K. Hohenstein.   CCA 37965.   [See also APPEALS—SUMMARY DISPOSITIONS this date.]

No. 14–0638/AF.   U.S. v. Jonathan T. Daniel.   CCA 38322.   [See also APPEALS—SUMMARY DISPOSITIONS this date.]